1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   GEORGE C. AGUILAR (126535)
3  gaguilar@robbinsarroyo.com
   ASHLEY R. RIFKIN (246602)
4  arifkin@robbinsarroyo.com
   600 B Street, Suite 1900
5  San Diego, CA 92101
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  Lead Counsel for Plaintiffs

8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  STEVEN M. SCHATZ (SBN 118356)
   sschatz@wsgr.com
10 KATHERINE L. HENDERSON (SBN 242676)
   khenderson@wsgr.com
11 650 Page Mill Road
   Palo Alto, CA 94304
12 Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
13
   Attorneys for Defendants
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05312-RS<br><br>(Consolidated with Case Nos. 5:16-cv-05381-RS and 3:16-cv-05988-RS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | |

Pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Bernard Stern, Peter Moscone, and Melvin Brenner (collectively, "Plaintiffs"), defendants Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. McDaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel (the "Individual Defendants"), and nominal defendant SunPower Corporation ("SunPower" and, collectively with the Individual Defendants, "Defendants"),[1] by and through their undersigned counsel, submit this stipulation and [proposed] order to voluntary dismiss the above-captioned action without prejudice and state as follows:

WHEREAS, Plaintiffs' individual shareholder derivative actions were consolidated by the Court on November 15, 2016 (the "Consolidated Action") (Dkt. No. 12);

WHEREAS, there was a consolidated securities fraud class action brought on behalf of a putative class of SunPower shareholders and asserting claims arising from facts common to the Consolidated Action pending in this Court and captioned *In re SunPower Corporation Securities Litigation*, Case No. 3:16-cv-04710-RS (the "Securities Action");

WHEREAS, the Parties met and conferred regarding coordination of the Consolidated Action with the related Securities Action and agreed that it was in the best interests of SunPower to temporarily stay the Consolidated Action pending resolution of defendants' anticipated motion to dismiss in the Securities Action;

WHEREAS, the Parties submitted a stipulation providing for the filing of a consolidated complaint and for the above-described stay (Dkt. No. 14), which was approved and entered by the Court on December 13, 2016 (the "Stay Order") (Dkt. No. 15);

WHEREAS, on January 13, 2017, Plaintiffs filed their Verified Consolidated Stockholder Derivative Complaint (Dkt. No. 22);

---

[1] Plaintiffs and Defendants are collectively referred to herein as the "Parties."

WHEREAS, in the Securities Action, on October 9, 2018, the Court entered an order granting defendants' motion to dismiss without leave to amend and, on October 10, 2018, the Court entered judgment in favor of defendants in the Securities Action;

WHEREAS, the deadline for plaintiffs in the Securities Action to file a notice of appeal from the Court's judgment has passed;

WHEREAS, Plaintiffs now wish to voluntarily dismiss this Consolidated Action without prejudice, with each party to bear their own costs and fees, and Defendants do not oppose such a dismissal; and

WHEREAS, the Parties respectfully submit that notice of said dismissal is unnecessary to protect the interests of SunPower and its shareholders for the following reasons: (i) Plaintiffs seek dismissal without prejudice; (ii) there has been no settlement or compromise between the Parties nor attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received nor will receive any consideration from Defendants for the dismissal.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their respective counsel of record, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, as follows:

1. This Consolidated Action is dismissed in its entirety without prejudice.

2. Each Party shall bear their own costs, fees, and expenses, including attorneys' fees.

3. For the reasons noted above, notice of this dismissal is not required.

**IT IS SO STIPULATED.**

Dated: November 20, 2018                ROBBINS ARROYO LLP

*/s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

Brian J. Robbins
George C. Aguilar
Ashley R. Rifkin
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

|   |   |
|---|---|
|   | brobbins@robbinsarroyo.com<br>gaguilar@robbinsarroyo.com<br>arifkin@robbinsarroyo.com<br><br>*Lead Counsel for Plaintiffs* |
| Dated: November 20, 2018 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>*/s/ Katherine L. Henderson*<br>KATHERINE L. HENDERSON<br><br>Steven M. Schatz<br>Katherine L. Henderson<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>sschatz@wsgr.com<br>khenderson@wsgr.com<br><br>*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel* |

I, Ashley R. Rifkin, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/20/18

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1315457